IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | Chapter 7 |
| J. JOSEPH MILLER and | * | |
| MARGARET MILLER, | * | |
| Debtors | * | Case No.: 1-07-bk-01115MDF |
| | * | |
| J. JOSEPH MILLER and | * | |
| MARGARET MILLER, | * | |
| Movants | * | |
| | * | |
| v. | * | |
| | * | |
| KELLY BEAUDIN STAPLETON, | * | |
| UNITED STATES TRUSTEE, | * | |
| Respondent | * | |

**ORDER**

AND NOW, for the reasons set forth in the accompanying Opinion, the Motion of Debtor Margaret Miller for reinstatement of her chapter 13 case is GRANTED and the Clerk is directed to reinstate the case and issue a new case number.

It is further ORDERED that the Motion of Debtor J. Joseph Miller for reinstatement of his chapter 13 case is DENIED.

By the Court,

*Mary D. France*
Bankruptcy Judge

Date: October 30, 2007

*This document is electronically signed and filed on the same date.*